

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2021

No. 04-20-00589-CV

**IN RE** Eloise and Ruben **GUZMAN**,
Appellant

From the County Court, Guadalupe County, Texas
Trial Court No. 2020-CV-0212
Honorable Bill Squires, Judge Presiding

# O R D E R

The Real Party in Interest's Motion for Extension of Time to File Response is hereby GRANTED. Time is extended until April 16, 2021. No further extensions absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2021.

_____
Michael A. Cruz,
Clerk of Court